**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

VIVEK MADHAVAN,

*Plaintiff*,

v.

MARY ELIZABETH BRENNAN SENG, *et al.*

*Defendants*.

Case No. 26-cv-1215-ABA

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that:

1. Defendants' Motion to Transfer and for an Extension of Time (ECF No. 5) is **GRANTED**.
2. Within **14 days of this Order**, Plaintiff shall file a notice electing transfer to either the Northern District of California or the Northern District of Texas and stating the reason for that choice.

Date: November 4, 2026

*/s/*
Adam B. Abelson
United States District Judge